FORM B1, Page 1

(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Nevada** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Drake, John Daniel** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**John Drake Construction**<br>**JT McBrews Saloon & Eatery**<br>**Dust Fairy**<br>**The Panel Shoppe** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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, 88-0462023**<br>**88-0418478** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**931 Lester Ave.**<br>**Reno, NV 89502** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Washoe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)       ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other | | ☑ Chapter 7       ☐ Chapter 11       ☐ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business       ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br>be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **John Daniel Drake** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**11/21/03**
Date

X _____
   Signature of Attorney for Debtor(s)

**John A. White, Jr., 1741**
Printed Name of Attorney for Debtor(s) / Bar No.

**White Law Chartered**
Firm Name

**335 West First St.  Reno, NV 89503**
Address

**775-322-8000**                     **775-322-1228**
Telephone Number

**11/21/03**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☒   No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

In re: __John Daniel Drake__                                    Case No. _____
               **Debtor**                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 931 Lester Ave., Reno, NV 89502 | Community Property | C | $ 150,000.00 | $ 126,000.00 |
| | Total ➤ | | $ 150,000.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **John Daniel Drake**                                          Case No. _____
                Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | C | 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Construction checking account, Nevada State Bank, Account No. 562012727, Nevada State Bank, 500 E. Prater Way, Sparks, NV 89431 | C | 0.00 |
| | | Construction checking account, Wells Fargo Bank, Account No. 0849523576, Wells Fargo Bank, 401 Keystone Ave., Reno, NV 89503 | C | 864.95 |
| | | Construction savings account, Nevada State Bank, Account No. 568001234, Nevada State Bank, 500 E. Prater Way, Sparks, NV 89431 | C | 0.00 |
| | | Construction savings account, Wells Fargo Bank, Account No. 6701535403, Wells Fargo Bank, 401 Keystone Ave., Reno, NV 89503 | C | 491.18 |
| | | Joint checking account, Wells Fargo Bank, Account number 0834848020 | C | 25.00 |
| | | Panel Shoppe checking account, Wells Fargo Bank, Account No. 6701535403, Wells Fargo Bank, 401 Keystone Ave., Reno, NV 89503 | C | 220.88 |
| | | Rental checking account, Nevada State Bank, Account No. 0560043880, Nevada State Bank, 500 E. Prater Way, Sparks, NV 89431 | C | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Ribeiro Corp., 6490 S. McCarran Blvd., Reno, NV 89509 | C | 1,409.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Assorted household furniture in 3-bedroom house | C | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures at home | C | 400.00 |
| 6. Wearing apparel. | | Assorted clothing at home | C | 1,000.00 |
| 7. Furs and jewelry. | | Heirloom gold bracelet and pearl necklace from great-grandmother | C | 500.00 |
| | | Rings, earrings, necklaces, anklet, watches and earcuffs at home | C | 1,200.00 |

FORM B6B
(10/89)

In re  **John Daniel Drake**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | .22 Remington | C | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | State Farm life insurance policy on John Daniel Drake, Life Insurance Support Center, P.O. Box 53981, Phoenix, AZ 85072-3981 | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) Plan for Mary Marcy Drake, Account No. 0000-0010-6867-3005-1-002, American Express Financial Advisor (c/o Dan Fitzsimmons), 500 Damonte Ranch Parkway #735, Reno, NV 89511 | C | 10.00 |
| | | IRA for John Daniel Drake, Account No. 79544177, Mainstay Total Return Fund B, P.O. Box 8401, Boston, MA 02266-8401 | C | 1,200.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | | J.T. McBrew's Saloon & Eatery, Partnership between Jason Steinmetz, Mary Marcy Drake and Thomas Lyn Hamlin; 50% ownership interest in partnership by Mary Marcy Drake | C | 0.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | $210,731.00 Accounts Receivable by John Drake Construction from William Shenouda, 1200 Riverside Dr., Apt. 1277, Reno, NV 89503 | C | 1,000.00 |
| | | $3,805.71 Accounts Receivable by John Drake Construction from Hurricanes, 231 W. 2nd St., Reno, NV 89501 | C | 100.00 |
| | | $6,013.21 Accounts Receivable by John Drake Construction from J.T. McBrew's Saloon & Eatery, 231 W. 2nd St., Reno, NV 89501 | C | 100.00 |
| | | Accounts Receivable by John Drake Construction from Gonfiantini | C | 1,440.00 |
| | | Accounts Receivable by John Drake Construction from Arndell, Jess Construction Co., P.O. Box 51375, Sparks, NV 89435 | C | 3,290.00 |

FORM B6B
(10/89)

In re  **John Daniel Drake**                                              Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | | Accounts Receivable by John Drake Construction from Concorde-Cornerstone Construction, 16155 Cedar Springs | C | 9,850.00 |
| | | Accounts Receivable by John Drake Construction from Dale Edwards, 660 Canyon Drive Ct., Reno, NV | C | 1,091.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | $10,000.00 State of Nevada contractor's bond held by Capitol Indemnity Corp./De Arrieta Ins. Agency, Inc., 216 N. Minnesota St., Carson City, NV 89703; Policy No. LP00906157 | C | 5.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 Mitsubishi Might MX Truck (salvage title) | C | 1,200.00 |
| | | 1995 Dodge Model 150 | C | 5,000.00 |
| | | 1998 Honda CRV | C | 14,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | 2 desks, 2 chairs, 2 computers, 2 printers, file cabinets | C | 430.00 |
| | | | | |

FORM B6B
(10/89)

In re  **John Daniel Drake**                                        Case No. _____
                     Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | | **Kitchen and bar furnishings and supplies at J.T. McBrew's saloon** | C | 5,000.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **Saloon machinery, fixtures, equipment and supplies at J.T. McBrew's** | C | 2,500.00 |
| | | **Tools of the trade (See attached tool list)** | C | 4,038.60 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

    3    continuation sheets attached          Total          $ 59,645.61

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

11/19/2003

| Tool List | | |
|---|---|---|
| **Name** | **New Cost** | **Value** |
| Computer | $1,100.00 | $330.00 |
| Plotter | $950.00 | $285.00 |
| tool box | $125.00 | $37.50 |
| Hand tools | $150.00 | $45.00 |
| skill saw | $125.00 | $37.50 |
| Bosch jig saw | $125.00 | $37.50 |
| Porter cable 6" saw | $109.00 | $32.70 |
| Compressor | $315.00 | $94.50 |
| air Hoses | $60.00 | $18.00 |
| 15 ga Nailer Accuset | $215.00 | $64.50 |
| 18 ga nailer Accuset | $175.00 | $52.50 |
| 18 ga nailer Accuset | $160.00 | $48.00 |
| 1/2" Crown stapler | $150.00 | $45.00 |
| Craftsman table saw with table | $350.00 | $105.00 |
| Grizzley 10" Table saw | $1,125.00 | $337.50 |
| Grizley joiner | $409.00 | $122.70 |
| Grizley Shaper 3 HP | $825.00 | $247.50 |
| Grizley Power feed | $389.00 | $116.70 |
| Grizley Bench drill press | $190.00 | $57.00 |
| Power matic band saw | $850.00 | $255.00 |
| Porter cable router | $209.00 | $62.70 |
| Bosch Router | $199.00 | $59.70 |
| Hiatchi Router | $210.00 | $63.00 |
| Porter Cable laminate trimmer | $99.00 | $29.70 |
| Dewalt Laminate Trimmer | $108.00 | $32.40 |
| Misc Router bits | $350.00 | $105.00 |
| framing nail gun Hitachi | $325.00 | $97.50 |
| roto hammer drill | $190.00 | $57.00 |
| 8" grinder | $50.00 | $15.00 |
| Dewalt planer | $125.00 | $37.50 |
| Jet Dust Collector | $350.00 | $105.00 |
| Power matic Dust collector | $225.00 | $67.50 |
| Hiatchi Compound slide saw | $350.00 | $105.00 |
| Delta Chop saw | $200.00 | $60.00 |
| Freud Edge Bander | $315.00 | $94.50 |
| Freud Biscut Joiner | $100.00 | $30.00 |
| Freud Dovetail Jig | $150.00 | $45.00 |
| misc layout tools squares etc | $50.00 | $15.00 |
| Porter cable  Belt sander | $100.00 | $30.00 |
| Porter Cable  Orbital sanders | $60.00 | $18.00 |
| Assorted Clamps | $250.00 | $75.00 |
| 4 /12" disc sander | $75.00 | $22.50 |
| Oscillating drum sander | $225.00 | $67.50 |
| Vacuum Press pump and bags | $700.00 | $210.00 |
| Misc drill bits and accessories | $250.00 | $75.00 |
| Misc Chisels and planes | $300.00 | $90.00 |
| | $13,462.00 | $4,038.60 |

FORM B6C
(6/90)

In re  **John Daniel Drake** _____,  **Case No.** _____
　　　　　　　　　Debtor.　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)　　Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)　　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| .22 Remington | NRS § 21.090(1)(i) | 150.00 | 150.00 |
| 1992 Mitsubishi Might MX Truck (salvage title) | NRS § 21.090(1)(f) | 1,200.00 | 1,200.00 |
| 1998 Honda CRV | NRS § 21.090(1)(f) | 11,814.00 | 14,000.00 |
| 401(k) Plan for Mary Marcy Drake, Account No. 0000-0010-6867-3005-1-002, American Express Financial Advisor (c/o Dan Fitzsimmons), 500 Damonte Ranch Parkway #735, Reno, NV 89511 | NRS § 21.090(1)(q) | 10.00 | 10.00 |
| 931 Lester Ave., Reno, NV 89502 | NRS §§ 115.010, 21.090(1)(l) | 24,000.00 | 150,000.00 |
| Assorted clothing at home | NRS § 21.090(1)(b) | 1,000.00 | 1,000.00 |
| Assorted household furniture in 3-bedroom house | NRS § 21.090(1)(b) | 3,000.00 | 3,000.00 |
| Books and pictures at home | NRS § 21.090(1)(a) | 400.00 | 400.00 |
| Heirloom gold bracelet and pearl necklace from great-grandmother | NRS § 21.090(1)(a) | 500.00 | 500.00 |
| IRA for John Daniel Drake, Account No. 79544177, Mainstay Total Return Fund B, P.O. Box 8401, Boston, MA 02266-8401 | NRS § 21.090(1)(q) | 1,200.00 | 1,200.00 |
| Tools of the trade (See attached tool list) | NRS § 21.090(1)(d) | 4,038.60 | 4,038.60 |

FORM B6D
(6/90)

In re: **John Daniel Drake**                                    Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **54554** <br> **Nevada Federal Credit Union** <br> **Box 15400** <br> **Las Vegas, NV 89114-5400** | | C | **1998 Honda CRV** <br><br> **VALUE $14,000.00** | | | | 2,186.00 | 0.00 |
| ACCOUNT NO. **1327325-5** <br> **Principal Residential Mortgage** <br> **711 High St.** <br> **Des Moines, IA 50392** | | C | **Mortgage** <br> **931 Lester Ave., Reno, NV 89502** <br><br> **VALUE $150,000.00** | | | | 126,000.00 | 0.00 |
| ACCOUNT NO. **50237037926719001** <br> **Wells Fargo** <br> **Auto Finance** <br> **P.O. Box 53499** <br> **Phoenix, AZ 85072-3499** | | C | **1995 Dodge Model 150** <br><br> **VALUE $5,000.00** | | | | 10,000.00 | 5,000.00 |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| Subtotal ➤ <br> (Total of this page) | **$138,186.00** |
| Total ➤ <br> (Use only on last page) | **$138,186.00** |

(Report total also on Summary of Schedules)

B6E
(Rev.4/98)

In re:  **John Daniel Drake** _____ .    Case No. _____
              Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re:  **John Daniel Drake**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **01-0753679** <br> **IRS** <br> **P.O. Box 7704** <br> **San Francisco, CA** <br> **94120-7704** | C | | **Taxes due April 2003** | | | | 1,623.00 | 1,623.00 |
| ACCOUNT NO.  **01-0753679** <br> **IRS** <br> **Ogden, UT 84201-0030** | C | | **941s from January 2003 through September 2003** | | | | 8,500.00 | 8,500.00 |
| ACCOUNT NO.  **707-987-949** <br> **Nevada Dept. of Taxation** <br> **Revenue Division** <br> **1550 E. College Parkway** <br> **#115** <br> **Carson City, NV 89706** | C | | **Taxes from May 2003 through September 2003** | | | | 4,800.00 | 4,800.00 |

Sheet no.  1  of  1  sheets attached to Schedule of Creditors Holding Priority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **$14,923.00** |
| Total <br> (Use only on last page of the completed Schedule E.) | **$14,923.00** |

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re:  **John Daniel Drake**                                                                    Case No. _____
           **Debtor**                                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **138350** <br><br> A-1 Security Ltd. <br> 734 Spice Island Dr. <br> Sparks, NV 89431 | | C | 11/07/2003 <br><br> **Saloon supplies or services** | | | | 1,800.00 |
| ACCOUNT NO. <br><br> Absolute Zero Refrigeration <br> 12575 Thomas Creek Rd. <br> Reno, NV 89511 | | C | 11/07/2003 <br><br> **Saloon supplies or services** | | | | 0.00 |
| ACCOUNT NO.  **RQY70** <br><br> Air Gas Northern CA & NV <br> P.O. Box 19255 <br> Sacramento, CA 95819 <br><br><br> Do-All Collections, Inc. <br> 4306 Victory Blvd. <br> Suite B <br> Burbank, CA 91510 | | C | 11/07/2003 <br><br> **Saloon supplies or services** | | | | 135.11 |
| ACCOUNT NO. <br><br> Austin Laminates <br> 605 Glendale Ave. <br> Sparks, NV 89431 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 1,586.61 |
| ACCOUNT NO. <br><br> B & C Builders Supply <br> P.O. Box 1208 <br> Sparks, NV 89431 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 8,635.11 |

    <u>13</u>   Continuation sheets attached

Subtotal        **$12,156.83**

Total

FORM B6F - Cont.
(10/89)

In re:  **John Daniel Drake** _____.    Case No. _____
                        Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**B & L Disposal**<br>**100 Vassar St.**<br>**Reno, NV 89520** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 506.08 |
| ACCOUNT NO.  **4427-1000-2078-8001**<br>**Bank of America**<br>**P.O. Box 5270**<br>**Carol Stream, IL 60197** | | C | **11/07/2003**<br><br>**Credit card debt** | | | | 9,398.77 |
| ACCOUNT NO.  **4266-8510-1280-7555**<br>**Bank One**<br>**P.O. Box 50882**<br>**Henderson, NV 89016** | | C | **11/07/2003**<br><br>**Credit card debt** | | | | 13,165.94 |
| ACCOUNT NO.  **7001-0631-0325-3144**<br>**Best Buy**<br>**Retail Services**<br>**P.O. Box 60148**<br>**City of Industry, CA**<br>**91716-0148** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 1,590.00 |
| ACCOUNT NO.<br>**Burton Components**<br>**300 Fremont**<br>**Fernley, NV 89408** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 721.00 |

Sheet no.  1  of  13  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

**$25,381.79**

FORM B6F - Cont.
(10/89)

In re:  **John Daniel Drake** _____    Case No. _____
                  Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **C20124**<br>**C & J Leasing - Tony Holland**<br>**P.O. Box 8219**<br>**Des Moines, IA 50301** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 1,264.00 |
| ACCOUNT NO.   **5291-4922-6214-7149**<br>**Capital One Services**<br>**P.O. Box 85012**<br>**Richmond, VA 23285-5012** | | C | **Credit card debt** | | | | 3,700.00 |
| ACCOUNT NO.   **5466-3022-6793-1661**<br>**Capital One Services**<br>**P.O. Box 85012**<br>**Richmond, VA 23285-5012** | | C | **Credit card debt** | | | | 1,400.00 |
| ACCOUNT NO.   **8495 48 001-1803094**<br>**Charter Communications**<br>**P.O. Box 78375**<br>**Phoenix, AZ 85062-8375** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 407.87 |
| ACCOUNT NO.   **5424-1808-3711-7024**<br>**Citi Cards**<br>**P.O. Box 6419**<br>**The Lakes, NV 88901-6419** | | C | **11/07/2003**<br><br>**Credit card debt** | | | | 14,449.64 |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ⟍
(Total of this page)

Total ⟍
(Use only on last page of the completed Schedule F.)

| $21,221.51 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re:  **John Daniel Drake**                                     .          Case No. _____
                      Debtor                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5410-6548-5642-2016 | | C | 11/07/2003 | | | | 19,181.40 |
| Citi Cards P.O. Box 6419 The Lakes, NV 88901-6419 | | | Credit card debt | | | | |
| ACCOUNT NO.    7001-2280-0001-6833 | | C | | | | | 600.00 |
| Costco Retail Services P.O. Box 60148 City of Industry, CA 91716-0148 | | | Credit card debt | | | | |
| ACCOUNT NO.    1675 | | C | 11/07/2003 | | | | 150.00 |
| Crown Beverage 1650 Linda Way Sparks, NV 89431-6159 | | | Saloon supplies or services | | | | |
| ACCOUNT NO. | | C | 11/07/2003 | | | | 160.09 |
| Danone Waters of N. America P.O. Box 7126 Pasadena, CA 91109 | | | Construction supplies or services | | | | |
| ACCOUNT NO. | | C | | | | | 7,698.00 |
| Dave Pincolini c/o Wonder Lodge 430 Lake St. Reno, NV 89501 | | | Rent | | | | |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$27,789.49

Total ➤
**(Use only on last page of the completed Schedule F.)**

FORM B6F - Cont.
(10/89)

In re: __John Daniel Drake_____          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **22990279 (Hurricanes**<br><br>**Direct TV**<br>**Riddle & Associates PC**<br>**P.O. Box 1187**<br>**Sandy, UT 84091-1187** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 223.27 |
| ACCOUNT NO.<br><br>**Diversified Concrete Cutting**<br>**59 Coney Island Dr.**<br>**Sparks, NV 89431** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 240.00 |
| ACCOUNT NO.<br><br>**Don Hoban Company**<br>**1095 Spice Island Dr.**<br>**#109**<br>**Sparks, NV 89434** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 95.19 |
| ACCOUNT NO. **JTMC 0001**<br><br>**Ecolab Pest Elimination**<br>**P.O. Box 6007**<br>**Grand Forks, ND**<br>**58206-6007** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 300.00 |
| ACCOUNT NO.<br><br>**Excel Telecommunications**<br>**P.O. Box 650582**<br>**Dallas, TX 75265-0582** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 42.97 |

Sheet no. _4_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤
(Total of this page)

| $901.43 |
|---|

Total ➤
(Use only on last page of the completed Schedule F.)

| |
|---|

FORM B6F - Cont.
(10/89)

In re:  __John Daniel Drake_____    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Fletcher Roofing & Siding** 7225 Remington Rd. Reno, NV 89502 | | C | 11/07/2003 **Construction supplies or services** | | | | 10,202.00 |
| ACCOUNT NO. **Gale Building Products** 325 Nugget Ave. #105 Sparks, NV 89431 | | C | 11/07/2003 **Construction supplies or services** | | | | 4,010.00 |
| ACCOUNT NO. 5466-4705-0207-9677 **GE MasterCard** P.O. Box 50882 Henderson, NV 89016-0882 | | C | 11/07/2003 **Credit card debt** | | | | 7,328.77 |
| ACCOUNT NO. **J.T. McBrew's Saloon & Eatery** 231 W. Second St. Reno, NV | | C | | | | | 0.00 |
| ACCOUNT NO. **Kelly-Moore** 605 Glendale Ave. #104B Sparks, NV 89431 | | C | 11/07/2003 **Construction supplies or services** | | | | 17.57 |

Sheet no. _5_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| $21,558.34 | |
| | |

FORM B6F - Cont.
(10/89)

In re: __John Daniel Drake_____.    Case No. _____
                    Debtor                                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **49103**<br><br>**KTHX FM Radio Advertising**<br>**Attn.: Steve Turk**<br>**Next Media Group**<br>**300 E. 2nd St., 14th Fl.**<br>**Reno, NV 89501** | | C | **11/07/2003**<br><br>**Saloon supplies or services** | | | | 495.00 |
| ACCOUNT NO.<br><br>**L & H Concrete**<br>**P.O. Box G**<br>**Sparks, NV 89431** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 3,138.00 |
| ACCOUNT NO.<br><br>**Labor Finders**<br>**P.O. Box 3817**<br>**Reno, NV 89505** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 1,700.35 |
| ACCOUNT NO<br><br>**Lee McKenzie**<br>**430 Descanso Ln.**<br>**Washoe County, NV 89436** | | C | **Subcontractors and suppliers not paid out of progress payments received** | | | | 35,000.00 |
| ACCOUNT NO.<br><br>**Mastercraft**<br>**1460 Linda Way**<br>**Sparks, NV 89431** | | C | **11/07/2003**<br><br>**Construction supplies or services** | | | | 6,274.99 |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| **$46,608.34** | |

FORM B6F - Cont.
(10/89)

In re:  **John Daniel Drake** _____ .   Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McKillican - Reno**<br>**1802-A Brierley Way #101**<br>**Sparks, NV 89434** | | C | **11/07/2003**<br>**Construction supplies or services** | | | | 834.80 |
| ACCOUNT NO.<br>**NEBS**<br>**500 Main St.**<br>**Groton, MA 01471** | | C | **11/07/2003**<br>**Construction supplies or services** | | | | 162.97 |
| ACCOUNT NO.   **990**<br>**Nevada Seafood**<br>**P.O. Box 1664**<br>**Sparks, NV 89432** | | C | **11/07/2003**<br>**Saloon supplies or services** | | | | 145.12 |
| ACCOUNT NO.   **1431**<br>**New West Dist., Inc.**<br>**127 Woodland Ave.**<br>**Reno, NV 89523-8910** | | C | **11/07/2003**<br>**Saloon supplies or services** | | | | 88.50 |
| ACCOUNT NO.<br>**NEXTEL**<br>**P.O. Box 17990**<br>**Denver, CO 80217** | | C | **11/07/2003**<br>**Construction supplies or services** | | | | 476.93 |

Sheet no. _7_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| $1,708.32 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re: __John Daniel Drake_____.    Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0562012727 <br><br> NV St. Bank Redi-Reserve <br> P.O. Box 990 <br> Las Vegas, NV 89125-0990 | | C | 11/07/2003 <br><br> **Redi-Reserve Account** | | | | 28,349.94 |
| ACCOUNT NO. <br><br> Planit Solutions Inc. <br> P.O. Box 830792 <br> Birmingham, AL 35283 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 150.00 |
| ACCOUNT NO. <br><br> Precision Plumbing <br> 510 S. Rock Blvd. <br> Sparks, NV 89431 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 5,128.80 |
| ACCOUNT NO. <br><br> R & E Fasteners, Inc. <br> P.O. Box 5120 <br> Sparks, NV 89432 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 44.91 |
| ACCOUNT NO. <br><br> Refuse Inc. <br> 100 Vassar St. <br> Reno, NV 89520 | | C | 11/07/2003 <br><br> **Construction supplies or services** | | | | 112.73 |

Sheet no. _8_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| $33,786.38 |
|---|
| |

FORM B6F - Cont.
(10/89)

In re:  __John Daniel Drake_____ .     Case No. _____
               **Debtor**                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  667920<br><br>Reno Gazette Journal<br>955 Kuenzli St.<br>Reno, NV 89520-2000<br><br><br>Adams Cooper & Marks<br>5201 Congress Ave.<br>Suite 225<br>Boca Raton, FL<br>33431-0900 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 528.00 |
| ACCOUNT NO.  2729<br><br>Reno Rendering<br>1705 N. Wells Ave.<br>Reno, NV 89512-2498 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 152.68 |
| ACCOUNT NO.<br><br>Reno Truss, Inc.<br>2185 Green Vista Dr.<br>#212<br>Sparks, NV 89431 | | C | 11/07/2003<br><br>**Construction supplies or services** | | | | 406.66 |
| ACCOUNT NO.<br><br>Sani-Hut Company Inc.<br>P.O. Box 7455<br>Reno, NV 89510 | | C | 11/07/2003<br><br>**Construction supplies or services** | | | | 283.63 |
| ACCOUNT NO.  7753298668-599<br><br>SBC Nevada<br>P.O. Box 989045<br>W. Sacramento, CA<br>95798-9045 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 93.00 |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal
(Total of this page)                    ➤            | $1,463.97 |

Total                    ➤
(Use only on last page of the completed Schedule F.)

FORM B6F - Cont.
(10/89)

In re: __John Daniel Drake_____    Case No. _____
               Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4503 <br><br> Sierra Meat Co. <br> 1330 Capital Blvd. <br> Reno, NV 89510-2760 | | C | 11/07/2003 <br><br> Saloon supplies or services | | | | 648.69 |
| ACCOUNT NO. 000761716 <br><br> Sierra Pacific Power Co. <br> P.O. Box 10100 <br> Reno, NV 89520-0024 | | C | 11/07/2003 <br><br> Saloon supplies or services | | | | 2,421.53 |
| ACCOUNT NO. 000119324 <br><br> Sierra Pacific Power Co. <br> P.O. Box 10100 <br> Reno, NV 89520-0024 | | C | | | | | 973.99 |
| ACCOUNT NO. <br><br> Sierra Roofing Supply <br> 2000 E. Fourth St. <br> Reno, NV 89505 | | C | 11/07/2003 <br><br> Construction supplies or services | | | | 52.54 |
| ACCOUNT NO. <br><br> Sierra Wine & Spirits <br> 84 Coney Island Dr. <br> Sparks, NV 89431 | | C | 11/07/2003 <br><br> Saloon supplies or services | | | | 81.58 |

Sheet no. _10_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

$4,178.33

FORM B6F - Cont.
(10/89)

In re:   John Daniel Drake                                                                    Case No. _____
                    **Debtor**                                                                                          **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    223570 <br><br>Silver State Liquor<br>325 E. Nugget Ave.<br>Box 1869<br>Sparks, NV 89432 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 121.39 |
| ACCOUNT NO.    210557 <br><br>Southern/Comstock Wine & Spirits<br>960 United Circle<br>Sparks, NV 89431 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 105.99 |
| ACCOUNT NO. <br><br>Star Insurance Company<br>P.O. Box 31130<br>Tampa, FL 33631 | | C | 11/07/2003<br><br>**Construction supplies or services** | | | | 2,108.65 |
| ACCOUNT NO. <br><br>T & S Paint & Stain<br>4160 Bismarck Dr.<br>Reno, NV 89502 | | C | 11/07/2003<br><br>**Construction supplies or services** | | | | 1,000.00 |
| ACCOUNT NO.    JT Route 510 <br><br>Truckee Sourdough Co.<br>P.O. Box 2706<br>Truckee, CA 96160 | | C | 11/07/2003<br><br>**Saloon supplies or services** | | | | 265.14 |

Sheet no. 11 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ╱
(Total of this page)

Total ╱
(Use only on last page of the completed Schedule F.)

$3,601.17

FORM B6F - Cont.
(10/89)

In re:  John Daniel Drake _____ .    Case No. _____
  Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  62272<br><br>Vogue Linen & Uniform<br>175 5th St.<br>Elko, NV 89801 | | C | 11/07/2003<br><br>Saloon supplies or services | | | | 476.01 |
| ACCOUNT NO.  C 7405<br><br>Waters Vacuum & Truck Se<br>P.O. Box 18160<br>Reno, NV 89511 | | C | 11/07/2003<br><br>Saloon supplies or services | | | | 196.02 |
| ACCOUNT NO.  5474-6442-4627-0962<br><br>Wells Fargo<br>Bus. Direct Operations<br>Attn.: Customer Service<br>P.O. Box 348750<br>Sacramento, CA 95834 | | C | 11/07/2003<br><br>Reserve line | | | | 30,331.57 |
| ACCOUNT NO.<br><br>Wes Construction<br>P.O. Box 33099<br>Reno, NV 89533 | | C | 11/07/2003<br><br>Construction supplies or services | | | | 20,894.14 |
| ACCOUNT NO.<br><br>White Cap<br>1830 E. Lincoln Way<br>Sparks, NV 89434 | | C | 11/07/2003<br><br>Construction supplies or services | | | | 441.25 |

Sheet no. 12 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ✓
(Total of this page)

Total    ✓
(Use only on last page of the completed Schedule F.)

$52,338.99

FORM B6F - Cont.
(10/89)

In re: **John Daniel Drake**                                                                 Case No. _____
                              Debtor                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | 11/07/2003 | | | | 2,814.00 |
| Zurich North America 135 Lasalle St. Dept. 8712 Chicago, IL 60674 | | | **Construction supplies or services** | | | | |

Sheet no. _13_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal
(Total of this page)

| | $2,814.00 |
|---|---|

Total
**(Use only on last page of the completed Schedule F.)**

| | $255,508.89 |
|---|---|

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **John Daniel Drake**                                                    Case No. _____
_____
                    Debtor                                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Kleppe Industrial Park**<br>**6490 S. McCarran**<br>**Bldg. E**<br>**Reno, NV 89509** | **Lease of 1455 Deming Way, #2, 3, Sparks, NV 89431**<br>**Extended from 9/01/2003 through 8/31/2005**<br>**Rent: $1,529.00 per month** |

B6H
(6/90)

In re: <u>__John Daniel Drake__</u>_____,    **Case No.** _____
           **Debtor**                                                                **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

FORM B6I
(6/90)

In re    **John Daniel Drake**                                    , Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **56**<br>Spouse's Age: **56** | NAMES<br>**None** | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **self-employed construction worker** | **housewife** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1,000.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 268.00 | $ 0.00 |
| b. Insurance | $ 36.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 304.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 696.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 696.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME _____ **$ 696.00** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                    **NONE**

**UNITED STATES BANKRUPTCY COURT**

**District of Nevada**

In re:  **John Daniel Drake**                                    Case No. _____

      **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**                                    Chapter  **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS(NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                **$ 367,561.00**
                                               **BUSINESS CLOSED**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                        $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ _____ **0.00** |
| 4. Payroll Taxes | _____ **0.00** |
| 5. Unemployment Taxes | _____ **0.00** |
| 6. Worker's Compensation | _____ **0.00** |
| 7. Other Taxes | _____ **0.00** |
| 8. Inventory Purchases (Including raw  materials) | _____ **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | _____ **0.00** |
| 10. Rent (Other than debtor's principal residence) | _____ **0.00** |
| 11. Utilities | _____ **0.00** |
| 12. Office Expenses and Supplies | _____ **0.00** |
| 13. Repairs and Maintenance | _____ **0.00** |
| 14. Vehicle Expenses | _____ **0.00** |
| 15. Travel and Entertainment | _____ **0.00** |
| 16. Equipment Rental and Leases | _____ **0.00** |
| 17. Legal/Accounting/Other Professional Fees | _____ **0.00** |
| 18. Insurance | _____ **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | _____ **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For

      Pre-Petition Business Debts (Specify):

      **None**                                                                          _____

21. Other (Specify):

      **None**                                                                          _____

22. Total Monthly Expenses (Add items 3 - 21)                            $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ _____ **0.00**

Form B6J
(6/90)

In re **John Daniel Drake** _____ , Case No. _____
_____Debtor_____                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| Are real estate taxes included? Yes ✓ No | | |
| Is property insurance included? Yes ✓ No | | |
| Utilities   Electricity and heating fuel | $ | 250.00 |
| Water and sewer | $ | 65.00 |
| Telephone | $ | 100.00 |
| Other  **Cable TV & Garbage** | $ | 45.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 425.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 75.00 |
| Medical and dental expenses | $ | 80.00 |
| Transportation (not including car payments) | $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 100.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 390.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,605.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |
| | (interval) | |

Form B6
(6/90)

# United States Bankruptcy Court
## District of Nevada

In re   **John Daniel Drake**

Case No.

Chapter    **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 150.000.00 | | |
| B - Personal Property | YES | 4 | $ 59,645.61 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 138,186.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 14,923.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 255,508.89 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 696.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 2,605.00 |
| Total Number of sheets in ALL Schedules ➢ | | 28 | | | |
| Total Assets ➢ | | | $ 209,645.61 | | |
| Total Liabilities ➢ | | | | $ 408,617.89 | |

In re:  **John Daniel Drake**                                                                    Case No.
        **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**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **28** sheets plus the summary
page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  __11/21/03__                                    Signature  _____

                                                                  **John Daniel Drake**

                                                       [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152
and 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re: **John Daniel Drake**                                      Case No. _____
**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**                                                  Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.  *Property To Be Surrendered.*

   Description of Property                          Creditor's Name

   **1.   1995 Dodge Model 150**                    **Wells Fargo**

   b.  *Property To Be Retained.*                   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **1. 1998 Honda CRV** | **Nevada Federal Credit Union** | **X** | | | X |

2. 931 Lester Ave. Principal Res. MortgageX                                                              X

Date: Reno, NV 89502                                          Signature of Debtor

11/21/03

**UNITED STATES BANKRUPTCY COURT**

**District of Nevada**

In re:  **John Daniel Drake**                          Case No. _____
       **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**                                          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 154,806.00 | John Drake Construction<br>The Panel Shoppe | 1/1/2001-12/31/2001 |
| 478,547.00 | John Drake Construction<br>The Panel Shoppe | 1/1/2002-12/31/2002 |
| 367,561.00 | John Drake Construction<br>The Panel Shoppe | 1/1/2003-11/21/2003 |

## 2. Income other than from employment or operation of business

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 8,400.00 | Rental of 5120 Lorenzo Lane, Sparks, NV 89436 | 11/2002 through 4/2003 |

## 3. Payments to creditors

None  ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than **$600** to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Apex Saw Works<br>570 Kietzke Lane<br>Reno, NV 89502 | 11/13/2003 | 677.13 | |
| B & C Builders Supply<br>P.O. Box 1208<br>Sparks, NV 89431 | 9/26/2003 | 1,852.87 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bill's Paving Designs<br>719 Redwood Pl.<br>Reno, NV 89502 | 9/19/2003 | 2,690.00 | |
| Builders Assoc. of W. NV<br>810 E. 5th St., Ste. A<br>Carson City, NV 89701 | 9/12/2003 | 657.89 | |
| Builders Assoc. of W. NV<br>810 E. 5th Street<br>Suite A<br>Carson City, NV 89701 | 10/9/2003 | 862.69 | |
| Capital One<br>P.O. Box 85012<br>Richmond, VA 23285-5012 | 9/2003<br>10/2003 | 600.00 | 1,400.00 |
| Charlie Woodman<br>321 S. Arlington Ave.<br>Reno, NV 89501 | 10/7/2003 | 702.00 | |
| CLP Resources Inc.<br>6405 S. Virginia St.<br>Reno, NV 89511 | 8/28/2003 | 2,081.25 | |
| Gore Acoustics & Drywall<br>Systems, Inc.<br>1070 Icehouse Ave.<br>Sparks, NV 89431 | 10/9/2003 | 7,500.00 | |
| Gore Acoustics & Drywall<br>Systems, Inc.<br>1070 Icehouse Ave.<br>Sparks, NV 89431 | 8/28/2003 | 4,571.00 | |
| Granite Tile & Marble<br>165 Quartz Ln.<br>Sparks, NV 89433 | 9/4/2003 | 2,500.00 | |
| Granite Tile & Marble<br>165 Quartz Ln.<br>Sparks, NV 89433 | 9/18/2003 | 2,715.84 | |
| Jess Arndell Const.<br>P.O. Box 51375<br>Sparks, NV 89435 | 8/28/2003 | 2,125.00 | |
| L & H Concrete<br>P.O. Box G<br>Sparks, NV 89431 | 10/9/2003 | 4,936.00 | |
| Mastercraft<br>1460 Linda Way<br>Sparks, NV 89431 | 9/16/2003 | 1,643.20 | |
| Mt. Rose Heating & AC<br>P.O. Box 8779<br>Reno, NV 89507-8779 | 9/26/2003 | 2,710.00 | |
| Nevada Federal Credit Un<br>Box 15400<br>Las Vegas, NV 89114-5400 | 8/2003<br>9/2003<br>10/2003 | 1,230.00 | |
| Nevada State Bank<br>500 E. Prater Way<br>Sparks, NV 89431 | 10/9/2003 | 645.55 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Precision Plumbing<br>510 S. Rock Blvd.<br>Sparks, NV 89431 | 8/28/2003 | 2,396.00 | |
| Precision Plumbing<br>510 S. Rock Blvd.<br>Sparks, NV 89431 | 10/9/2003 | 2,726.40 | |
| Precision Plumbing<br>510 S. Rock Blvd.<br>Sparks, NV 89431 | 9/26/2003 | 2,462.00 | |
| Reno Truss, Inc.<br>2185 Green Vista Dr.<br>#212<br>Sparks, NV 89431 | 9/26/2003 | 1,722.93 | |
| Shank Excavation<br>P.O. Box 33326<br>Reno, NV 89533 | 9/26/2003 | 2,281.00 | |
| Sterling Electric<br>P.O. Box 30586<br>Reno, NV 89510 | 9/26/2003 | 2,179.47 | |
| Strong McPherson & Compa<br>5865 Tyrone Rd. #102<br>Reno, NV 89502 | 11/13/2003 | 1,250.00 | |
| T & S Paint & Stain<br>4160 Bismarck Dr.<br>Reno, NV 89502 | 9/26/2003 | 700.00 | |
| T & S Paint & Stain<br>4160 Bismarck Dr.<br>Reno, NV 89502 | 11/13/2003 | 1,000.00 | |
| Tami Blumenthal<br>791 Saint Arms Circle<br>Reno, NV 89506 | 8/28/2003 | 760.00 | |
| Tami Blumenthal<br>791 Saint Arms Circle<br>Reno, NV 89506 | 8/21/2003 | 670.00 | |
| The Ribeiro Company<br>6490 S. McCarran<br>Bldg. E<br>Reno, NV 89509 | 8/29/2003 | 1,529.00 | |
| The Ribeiro Company<br>6490 S. McCarran<br>Bldg. E<br>Reno, NV 89509 | 10/9/2003 | 1,487.00 | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR<br>AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| White Law Chartered 335 W. First St. Reno, NV 89503 | 11/19/2003 | $500.00 |
| White Law Chartered 335 W. First St. Reno, NV 89503 | 11/3/2003 | $500.00 |

## 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

## 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Mary Marcy Drake**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---------|-----------|--------|--------|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---------|-----------|--------|--------|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------|-----------|--------|

## 18. Nature, location and name of business

None  a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
□    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately
preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the
commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------|---------|--------------------|-----------------------------|
| Dust Fairy | 88-0418478 | | Cleaning company | 12/01/1997 |
| | | 931 Lester Ave. Reno, NV 89502 | | 08/01/2001 |
| John Drake Construct | 88-0462023 | | Construction | 03/31/1998 |
| | | 1455 Deming Way #2 Sparks, NV 89431 | | |
| JT McBrew's Saloon& | 01-0753679 | | Restaurant and Bar and associated business activities | 11/18/2002 |
| | | 231 W. Second St. Reno, NV | | 09/25/2003 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
| | |

## 19.  Books, records and financial statements

None  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of
□    this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Business Fundamentals 255 W. Moana Ln., #209 Reno, NV 89509 | 3/15/2003 to present |
| CBS Bookkeeping Services 1950 Zinc St. Reno, NV 89502 | 12/31/2001 through 12/02/2002 |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this
bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

None
□

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Brad Cappurro 241 Ridge St., Ste. 203 Reno, NV 89501 | 12/31/2001 through 4/30/2002 |

NAME AND ADDRESS
**Pat Brioady**
**Strong McPherson**
**5865 Tyrone Rd., #102**
**Reno, NV 89502**

DATES SERVICES RENDERED
**12/15/2002 to present**

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|---|---|
| **Business Fundamentals** | **255 W. Moana Ln., #209**<br>**Reno, NV 89509** |
| **CBS Bookkeeping Services** | **1950 Zinc St.**<br>**Reno, NV 89502** |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **National City Mortgage**<br>**P.O. Box 54828**<br>**Los Angeles, CA**<br>**90054-0828** | **12/16/2002** |
| **Nevada Contractors Board**<br>**9670 Gateway Dr.**<br>**Suite #100**<br>**Reno, NV 89511** | **09/01/2002** |

## 20.  Inventories

None
☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **06/01/2003** | **Jason D. Steinmetz (bar)** | **unknown** |
| **09/01/2003** | **Mary Marcy Drake (liq.)** | **unknown** |

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|
| **06/01/2003** | **Jason Steinmetz**<br>**108 Roff Way, #2**<br>**Reno, NV 89501** |
| **09/01/2003** | **Marcy Drake**<br>**931 Lester Ave.**<br>**Reno, NV 89502** |

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date ___11/4/03_____                    Signature
                                              of Debtor   **John Daniel Drake**  _____

In Re:   John Daniel Drake, Debtor                                                    Case No:

# Notice To Individual Consumer Debtors

If you intend to file a petition for relief under the Bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

CHAPTER 7      -    Liquidation, or

CHAPTER 11     -    Reorganization, or

CHAPTER 12     -    Adjustments of Debts of a Family Farmer With Regular Annual Income, or

CHAPTER 13     -    Adjustments of Debts of an Individual With Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

_____
Clerk of Court

## Acknowledgement

I hereby certify that I have read this notice.

Signature: _____        Date: ___11/21/03___
        John Daniel Drake, Debtor

INSTRUCTIONS: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed with joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

John Daniel Drake
931 Lester Ave.
Reno, NV 89502

Bank One
P.O. Box 50882
Henderson, NV 89016

Dave Pincolini
c/o Wonder Lodge
430 Lake St.
Reno, NV 89501

John A. White, Jr.
White Law Chartered
335 West First St.
Reno, NV 89503

Best Buy
Retail Services
P.O. Box 60148
City of Industry, CA
91716-0148

Direct TV
Riddle & Associates PC
P.O. Box 1187
Sandy, UT 84091-1187

A-1 Security Ltd.
734 Spice Island Dr.
Sparks, NV 89431

Burton Components
300 Fremont
Fernley, NV 89408

Diversified Concrete Cut
59 Coney Island Dr.
Sparks, NV 89431

Absolute Zero Refrigerat
12575 Thomas Creek Rd.
Reno, NV 89511

C & J Leasing - Tony Hol
P.O. Box 8219
Des Moines, IA 50301

Do-All Collections, Inc.
4306 Victory Blvd.
Suite B
Burbank, CA 91510

Adams Cooper & Marks
5201 Congress Ave.
Suite 225
Boca Raton, FL
33431-0900

Capital One Services
P.O. Box 85012
Richmond, VA 23285-5012

Don Hoban Company
1095 Spice Island Dr.
#109
Sparks, NV 89434

Air Gas Northern CA & NV
P.O. Box 19255
Sacramento, CA 95819

Charter Communications
P.O. Box 78375
Phoenix, AZ 85062-8375

Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND
58206-6007

Austin Laminates
605 Glendale Ave.
Sparks, NV 89431

Citi Cards
P.O. Box 6419
The Lakes, NV 88901-6419

Excel Telecommunications
P.O. Box 650582
Dallas, TX 75265-0582

B & C Builders Supply
P.O. Box 1208
Sparks, NV 89431

Costco Retail Services
P.O. Box 60148
City of Industry, CA
91716-0148

Fletcher Roofing & Sidin
7225 Remington Rd.
Reno, NV 89502

B & L Disposal
100 Vassar St.
Reno, NV 89520

Crown Beverage
1650 Linda Way
Sparks, NV 89431-6159

Gale Building Products
325 Nugget Ave. #105
Sparks, NV 89431

Bank of America
P.O. Box 5270
Carol Stream, IL 60197

Danone Waters of N. Amer
P.O. Box 7126
Pasadena, CA 91109

GE MasterCard
P.O. Box 50882
Henderson, NV 89016-0882

IRS
P.O. Box 7704
San Francisco, CA
94120-7704

IRS
Ogden, UT 84201-0030

J.T. McBrew's Saloon & E
231 W. Second St.
Reno, NV

Kelly-Moore
605 Glendale Ave. #104B
Sparks, NV 89431

KTHX FM Radio Advertisin
Attn.: Steve Turk
Next Media Group
300 E. 2nd St., 14th Fl.
Reno, NV 89501

L & H Concrete
P.O. Box G
Sparks, NV 89431

Labor Finders
P.O. Box 3817
Reno, NV 89505

Lee McKenzie
430 Descanso Ln.
Washoe County, NV 89436

Mastercraft
1460 Linda Way
Sparks, NV 89431

McKillican - Reno
1802-A Brierley Way #101
Sparks, NV 89434

NEBS
500 Main St.
Groton, MA 01471

Nevada Dept. of Taxation
Revenue Division
1550 E. College Parkway
#115
Carson City, NV 89706

Nevada Federal Credit Un
Box 15400
Las Vegas, NV 89114-5400

Nevada Seafood
P.O. Box 1664
Sparks, NV 89432

New West Dist., Inc.
127 Woodland Ave.
Reno, NV 89523-8910

NEXTEL
P.O. Box 17990
Denver, CO 80217

NV St. Bank Redi-Reserve
P.O. Box 990
Las Vegas, NV 89125-0990

Planit Solutions Inc.
P.O. Box 830792
Birmingham, AL 35283

Precision Plumbing
510 S. Rock Blvd.
Sparks, NV 89431

Principal Residential Mo
711 High St.
Des Moines, IA 50392

R & E Fasteners, Inc.
P.O. Box 5120
Sparks, NV 89432

Refuse Inc.
100 Vassar St.
Reno, NV 89520

Reno Gazette Journal
955 Kuenzli St.
Reno, NV 89520-2000

Reno Rendering
1705 N. Wells Ave.
Reno, NV 89512-2498

Reno Truss, Inc.
2185 Green Vista Dr.
#212
Sparks, NV 89431

Sani-Hut Company Inc.
P.O. Box 7455
Reno, NV 89510

SBC Nevada
P.O. Box 989045
W. Sacramento, CA
95798-9045

Sierra Meat Co.
1330 Capital Blvd.
Reno, NV 89510-2760

Sierra Pacific Power Co.
P.O. Box 10100
Reno, NV 89520-0024

Sierra Roofing Supply
2000 E. Fourth St.
Reno, NV 89505

Sierra Wine & Spirits
84 Coney Island Dr.
Sparks, NV 89431

Wes Construction
P.O. Box 33099
Reno, NV 89533

Silver State Liquor
325 E. Nugget Ave.
Box 1869
Sparks, NV 89432

White Cap
1830 E. Lincoln Way
Sparks, NV 89434

Southern/Comstock Wine &
960 United Circle
Sparks, NV 89431

Zurich North America
135 Lasalle St.
Dept. 8712
Chicago, IL 60674

Star Insurance Company
P.O. Box 31130
Tampa, FL 33631

T & S Paint & Stain
4160 Bismarck Dr.
Reno, NV 89502

Truckee Sourdough Co.
P.O. Box 2706
Truckee, CA 96160

Vogue Linen & Uniform
175 5th St.
Elko, NV 89801

Waters Vacuum & Truck Se
P.O. Box 18160
Reno, NV 89511

Wells Fargo
Bus. Direct Operations
Attn.: Customer Service
P.O. Box 348750
Sacramento, CA 95834

Wells Fargo
Auto Finance
P.O. Box 53499
Phoenix, AZ 85072-3499

## UNITED STATES BANKRUPTCY COURT

### District of Nevada

In re:    **John Daniel Drake**                                    Case No. _____

**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**                                                      Chapter       **7**

# VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    11/21/03

Signed: _____
       John A. White, Jr.
       Bar No.        **1741**

Signed: _____
       **John Daniel Drake**